IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| ARCHIE KOWALIK and<br>MARTHA KOWALIK | § § § | CA NO. B-01-180 |
| Plaintiffs | § § § | |
| v. | § § § | |
| ACandS, Inc.,<br>Defendants. | § § | |

| | | |
|---|---|---|
| IN RE:<br>FEDERAL-MOGUL GLOBAL, INC.<br>Debtor | § § § § § | Case No. 01-10578<br>Chapter 11<br>(Pending in the United States<br>Bankruptcy Court for the<br>District of Delaware) |

PLAINTIFFS' STATEMENT PURSUANT TO BANKRUPTCY RULE 9027

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), and subject to their motion for remand for lack of subject matter jurisdiction, for mandatory abstention, or for discretionary abstention or equitable remand, to be filed shortly in this matter, and which will contend that no bankruptcy jurisdiction exists at all in this case, plaintiffs state that this is a non-core proceeding. Plaintiffs do not consent to the entry of final orders or judgment by a bankruptcy judge.

1

Respectfully submitted,

**WATERS & KRAUS, LLP**

_____
Charles S. Siegel
State Bar No. 18341875
Peter A. Kraus
State Bar No. 18341875
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 fax

Frank Costilla
State Bar No. 04856500
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
956-541-4982
956-541-3152 fax


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Statement Pursuant to Bankruptcy Rule 9027 was served on all counsel of record on this 27 day of October, 2001.

_____
Charles S. Siegel

2

Frank Harmon
Crain Caton & James
3300 Two Houston Center
909 Fannin, 33rd Floor
Houston, Texas 77010
Crown, Cork & Seal

Lisa A. Powell
Jackson Walker
1100 Louisiana, Suite 4200
Houston, Texas 77002
Able Supply Co.

Mel Bailey
Bailey Crowe & Kugler LLP
4600 Bank Of America Plaza
901 Main Street
Dallas, Texas 75202-3736
GP, USM

Lewis C. Miltenberger
Corday Goodrich & Miltenberger
108 W. 8th Street, One Century Plaza, Suite 500
Fort Worth, Texas 76102
Harbison-Walker, A.P. Green, Global, Indresco

Todd Wade
Brown McCarroll & Oaks Harline
1300 Wortham Tower
2727 Allen Parkway
Houston, Texas 77019-2100
Kelly-Moore Paint Co.

Kenneth Rhodes
Dunn Kacal Adams Pappas & Law
One Riverway, Suite 1200
Houston, Texas 77056
ACandS, Inc

Gary Elliston
DeHay & Elliston L.L.P.
3500 Bank Of America Plaza
901 Main Street
Dallas, Texas 75202-3736
Center for Claims Resolution

John Hill Jr.
Locke Liddell & Sapp LLP
3400 Chase Tower
600 Travis
Houston, Texas 77002-3095
Metropolitan Life Insurance Co.

Peter A. Moir
Quilling Selander Cummiskey & Lowds P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201 75201
Owens- Illinios

Robert Wilkinson
Dogan & Wilkinson PLLC
734 Delmas Avenue, P.O. Box 1618
Pascagoula, MS 39568-1618
Guard-Line

Miller Thomas
Fairchild Price Thomas Haley & Willingham
PO Drawer 1719
413 Shelbyville St.
Center, Texas 75935
J.T. Thorpe

James Riley
Coats Rose Yale Ryman & Lee
800 First City Tower
1001 Fannin
Houston, TX 77002-6707
Foster Wheeler

Mary Lou Mauro
Galloway Johnson Tompkns & Burr
3555 Timmons, Suite 1225
Houston, Texas 77027
Combustion Engineering

Donald Godwin
Godwin White & Gruber P.C.
901 Main Street
Suite 2500
Dallas, Texas 75202-3714
Brown & Root, Dresser Ind.

Gail Jenkins
Jenkins Grove & Marton
2615 Calder, Suite 500
Beaumont, TX 77720-6008
Kaiser, Fina Oil & Chemical Co.

Ronald Walker
Walker Keeling & Carroll
210 E. Constitution
P.O. Box 108
Victoria, Texas 77902-0108
Alcoa Inc.

Catherine K. Faubion
Thompson Coe Cousins & Irons
200 Crescent Court, Eleventh Floor
Dallas, Texas 75201-1853

William C. Arnold
Forman Perry Watkins Krutz & Tardy PLLC
400 Woodview Office Tower
1349 Empire Central
Dallas, Texas 75247
Uniroyal Holdings, INC

Russell Nunnally
Bell Nunnally & Martin
3232 McKinney Avenue
1400 One McKinney Plaza
Dallas, Texas 75204-2429
Kaiser Aluminum & Chemical Corp.

Frank Poff
Crisp Jordan & Boyd
2301 Moores Lane
Texarkana, TX 75505-6297
Grefco

D. Ferguson McNeil
Vinson & Elkins
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
NARCO

James Harris
Harris Lively & Duesler
550 Fannin, Suite 650
PO Box 830
Beaumont, Texas 77704
Flintkote

Kyle C. Steele
Foreman Perry Watkins Krutz & Tardy PLLC
1349 Empire Central
Woodview Office
Suite 400
Dallas, Texas 75247
Gasket Holding

Teri L. Danish
Rodriguez Colvin & Chaney LLP
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78520
Garlock

Melissa Ferrell
Segal McCambridge Singer & Mahoney
400 West 15th Street
Suite 700
Austin, Tx 78701
GARLOCK

Laurel A. Siegert
Whittenburg Whittenburg & Schachter PC
2300 Plaza of the Americas
600 North Pearl, LB 133
Dallas, Texas 75201
Garlock

Mitchell Chaney
Rodriguez Colvin & Chaney LLP
P.O. Box 2155
Brownsville, Texas 78522
Garlock

James R. Old, Jr.
Germer Bernsen & Gertz LLP
805 Park Street
Beaumont, Texas 77701
Garlock

Shelby A. Jordan
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Garlock

Ed Peticolas
Peticolas, Shapleigh, Brandeis, and Kerns
701 North Saint Vrain
El Paso, Texas 79902