8

United States District Court
Southern District of Texas
FILED

OCT 11 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARCHIE KOWALIK and | § | CA NO. B-01-180 |
| MARTHA KOWALIK | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| ACandS, Inc., | § | |
| Defendants. | § | |

**MOTION TO SEVER ALL CLAIMS AGAINST BANKRUPT DEFENDANTS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW PLAINTIFFS, and file this Motion to Sever All Claims Against Bankrupt Defendants. In support of this motion, Plaintiffs would respectfully show the Court as follows.

**I.**

During the week of October 15, 2001, Defendant Garlock Inc removed this asbestos related products liability case to federal court, along with more than 80 other cases involving more than 200 clients across the state represented by Waters & Kraus LLP. Garlock, apparently, did not remove any other asbestos cases, in any jurisdiction in the nation, involving plaintiffs represented by other firms.

This case is a multi-party action in which Plaintiffs contend the Defendants are legally responsible for causing Plaintiffs' asbestos-related injuries and damages. In its brief, Garlock argued that removal was appropriate because it maintains cross-claims

Motion to Sever                                                                 Page 1 of 5

against now bankrupt defendants. The majority of parties in this case have not sought bankruptcy protection.

While Garlock's putative third party claims against the debtor may have some relation to the bankruptcy proceeding, the claims between non-debtors (i.e. Plaintiffs and the solvent Defendants) have no relation to the bankruptcy proceeding. *See Pacor, Inc. v. Higgins*, 743 F.2d 984, 994-96 (3rd Cir. 1984). As announced in *Pacor, Inc.*, adopted by the Fifth Circuit in *In re Wood*, 825 F.2d 90, 93 (5th Cir. 1987), and detailed in full in Plaintiffs' Motion to Remand, federal courts lack jurisdiction over claims among non-debtors even if a non-debtor asserts a third party claim against the debtor. *See Pacor, Inc.*, 743 F.2d at 994-96. Because federal courts lack jurisdiction over the vast majority claims in this case, Plaintiffs request that the Court sever the few claims that remain against bankrupt defendants so that the disputes between non-debtor parties may be resolved quickly, and without encumbering the bankruptcy court with collateral issues it lacks jurisdiction to address.

## II.

Federal Rule of Civil Procedure 21 provides that a court may sever any claim against any party and proceed with it separately. *See* Fed. R. Civ. P. 21. Therefore, this Court has the authority to sever the claims over which it has jurisdiction from those it lacks jurisdiction to consider.

## III.

Plaintiff's counsel has conferred with counsel for Federal Mogul, Corp., and Federal Mogul Corp. is not opposed to the severance requested.

## IV.

The law of the Fifth Circuit provides that federal courts lack jurisdiction over disputes between non-debtors. By removing this case *in toto*, Garlock placed before this court claims that federal courts cannot consider. Therefore, the Court should sever all claims against the debtor from those claims between non-debtors and proceed only with those claims against the debtor. The claims between non-debtors should be remanded to state court where.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court sever all claims remaining against the bankruptcy debtor. Plaintiffs also request that the Court remand to state court the claims between non-debtors. Finally, Plaintiffs request all other relief to which they may be entitled.

Respectfully submitted,
WATERS & KRAUS, LLP

_____
Charles S. Siegel
Attorney in Charge
Federal Bar No. 15736
State Bar No. 18341875
Peter A. Kraus
State Bar No. 11712980
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 fax

Frank Costilla
State Bar No. 04856500
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
956-541-4982
956-541-3152 fax

Henry Simon
Simon, Warner & Doby, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, Texas 76102
(817) 810-5250
(817) 810-5255 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2001, this document was served on counsel for the removing defendant, Garlock, Inc., via U.S. mail. It is being served the same day, or, due to the volume of copying necessitated by over 80 motions for remand and multiple related pleadings, as soon thereafter as possible, on counsel for all other defendants, by U.S. Mail.

Charles S. Siegel

## CERTIFICATE OF CONFERENCE

On October 24, 2001, I conferred with Melissa Ferrell, counsel for the removing defendant Garlock Inc, and she stated that she Garlock is opposed to this motion. Garlock's counsel did not state any specific reason for its opposition to this motion. On October 23, 2001, I spoke with Paul Hanley, counsel for the debtor Federal Mogul, Corp., and he stated that Federal Mogul, Corp. is not opposed to this motion.

Charles S. Siegel

Frank Harmon
Crain Caton & James
3300 Two Houston Center
909 Fannin, 33rd Floor
Houston, Texas 77010
Crown, Cork & Seal

Lisa A. Powell
Jackson Walker
1100 Louisiana, Suite 4200
Houston, Texas 77002
Able Supply Co.

Mel Bailey
Bailey Crowe & Kugler LLP
4600 Bank Of America Plaza
901 Main Street
Dallas, Texas 75202-3736
GP, USM

Lewis C. Miltenberger
Corday Goodrich & Miltenberger
108 W. 8th Street, One Century Plaza, Suite 500
Fort Worth, Texas 76102
Harbison-Walker, A.P. Green, Global, Indresco

Todd Wade
Brown McCarroll & Oaks Harline
1300 Wortham Tower
2727 Allen Parkway
Houston, Texas 77019-2100
Kelly-Moore Paint Co.

Kenneth Rhodes
Dunn Kacal Adams Pappas & Law
One Riverway, Suite 1200
Houston, Texas 77056
ACandS, Inc

Gary Elliston
DeHay & Elliston L.L.P.
3500 Bank Of America Plaza
901 Main Street
Dallas, Texas 75202-3736
Center for Claims Resolution

John Hill Jr.
Locke Liddell & Sapp LLP
3400 Chase Tower
600 Travis
Houston, Texas 77002-3095
Metropolitan Life Insurance Co.

Peter A. Moir
Quilling Selander Cummiskey & Lowds P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201 75201
Owens- Illinios

Robert Wilkinson
Dogan & Wilkinson PLLC
734 Delmas Avenue, P.O. Box 1618
Pascagoula, MS 39568-1618
Guard-Line

Miller Thomas
Fairchild Price Thomas Haley & Willingham
PO Drawer 1719
413 Shelbyville St.
Center, Texas 75935
J.T. Thorpe

James Riley
Coats Rose Yale Ryman & Lee
800 First City Tower
1001 Fannin
Houston, TX 77002-6707
Foster Wheeler

Mary Lou Mauro
Galloway Johnson Tompkns & Burr
3555 Timmons, Suite 1225
Houston, Texas 77027
Combustion Engineering

Donald Godwin
Godwin White & Gruber P.C.
901 Main Street
Suite 2500
Dallas, Texas 75202-3714
Brown & Root, Dresser Ind.

ClibPDF - www.fastio.com

Gail Jenkins
Jenkins Grove & Marton
2615 Calder, Suite 500
Beaumont, TX 77720-6008
Kaiser, Fina Oil & Chemical Co.

Ronald Walker
Walker Keeling & Carroll
210 E. Constitution
P.O. Box 108
Victoria, Texas 77902-0108
Alcoa Inc.

Catherine K. Faubion
Thompson Coe Cousins & Irons
200 Crescent Court, Eleventh Floor
Dallas, Texas 75201-1853

William C. Arnold
Forman Perry Watkins Krutz & Tardy PLLC
400 Woodview Office Tower
1349 Empire Central
Dallas, Texas 75247
Uniroyal Holdings, INC

Russell Nunnally
Bell Nunnally & Martin
3232 McKinney Avenue
1400 One McKinney Plaza
Dallas, Texas 75204-2429
Kaiser Aluminum & Chemical Corp.

Frank Poff
Crisp Jordan & Boyd
2301 Moores Lane
Texarkana, TX 75505-6297
Grefco

D. Ferguson McNeil
Vinson & Elkins
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
NARCO

James Harris
Harris Lively & Duesler
550 Fannin, Suite 650
PO Box 830
Beaumont, Texas 77704
Flintkote

Kyle C. Steele
Foreman Perry Watkins Krutz & Tardy PLLC
1349 Empire Central
Woodview Office
Suite 400
Dallas, Texas 75247
Gasket Holding

Teri L. Danish
Rodriguez Colvin & Chaney LLP
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78520
Garlock