13

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE  DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

-----------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| ARCHIE KOWALIK and | § | |
| MARTHA KOWALIK | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | C.A. B-01-180 |
| | § | |
| | § | |
| ABLE SUPPLY COMPANY; | § | |
| AC&S, INC.; | § | |
| ALCOA INC.; | § | |
| A.P. GREEN INDUSTRIES INC; | § | |
| ARMSTRONG WORLD | § | |
| INDUSTRIES, INC.; | § | |
| ASBESTOS CLAIMS MANAGEMENT | § | |
| CORP. F/K/A NATIONAL GYPSUM; | § | |
| BROWN & ROOT, INC.; | § | |
| COMBUSTION ENGINEERGING, INC.; | § | |
| CROWN CORK & SEAL; | § | |
| FIBREBOARD CORPORATION; | § | |
| FLINTOKE COMPANY; | § | |
| FOSTER WHEELER ENERGY CORP.; | § | |
| GAF CORPORATION; | § | |
| GARLOCK INC; | § | |
| GASKET HOLDING INC; | § | |
| GENERAL REFRACTORIES COMPANY; | § | |
| GEORGIA-PACIFIC CORPORATION; | § | |
| GUARDLINE, INC.; | § | |
| HARBISON-WALKER REFRACTORIES; | § | |
| INDRESCO INC; | § | |
| KAISER ALUMINUN & | § | |
| CHEMICAL CORP; | § | |
| KELLY MOORE PAINT COMPANY; | § | |
| METROPOLITAN LIFE INSURANCE CO.; | § | |
| MINNESOTA MINING & | § | |
| MANUFACTURING; | § | |
| NORTH AMERICAN REFRACTORIES | § | |

COMPANY;                                    §
OWENS-CORNING                               §
FIBERGLAS CORP.;                            §
OWENS-ILLINOIS, INC.;                       §
PPG INDUSTRIES, INC.;                       §
PROKO INDUSTRIES;                           §
QUIGLEY COMPANY;                            §
RAPID-AMERICAN CORPORATION;                 §
RILEY STOKER CORP.;                         §
THE SYNKOLOID COMPANY;                      §
J.T. THORPE COMPANY;                        §
UNIROYAL HOLDING, INC. ;                    §
U.S. GYPSUM COMPANY;                        §
U.S. MINERAL PRODUCTS                       §
COMPANY;                                    §
W.R. GRACE & CO.—CONN.;                     §
        DEFENDANTS.

## DEFENDANT GARLOCK INC'S
## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Defendant Garlock Inc. hereby files this Certificate of Financially Interested Persons and states that it is currently aware of the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

Plaintiff Archie Kowalik and Martha Kowalik

Goodrich Corporation, and certain subsidiaries including Garlock, Inc.

Defendant is unaware of any other financially interested persons at this time.

Respectfully submitted,

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616
REMOVAL COUNSEL FOR GARLOCK INC

Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
Teri L. Danish
SB# 05375320
Fed. ID # 12862
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEYS FOR GARLOCK INC

## <u>CERTIFICATE OF SERVICE</u>

I, Mitchell C. Chaney, hereby certify that a true and correct copy of foregoing document was served by First Class Mail, on all counsel of record as listed on the attached service list this 5th day of November, 2001:

Mitchell C. Chaney

# KOWALIK SERVICE LIST

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P.<br>1100 Louisiana, Suite 4200<br>Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Ken Rhodes | AC&S, INC. | Dunn Kacal Adams Pappas Law<br>2929 Allen Parkway, Suite 2600<br>Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Ronald Walker | ALCOA INC | Walker Keeling & Carroll, L.L.P<br>210 East Constitution Street<br>P.O. Box 108<br>Victoria, Texas 77902 | 361-576-6800 | 361-576-6196 |
| Lewis Miltenberger | A.P. GREEN INDUSTRIES INC | Cordray, Goodrich & Miltenberger<br>One Century Plaza<br>108 W. Eighth St., Ste. 500<br>Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Daniel Spain | A.P. GREEN INDUSTRIES INC | Spain & Hastings<br>Two Houston Center<br>909 Fannin Street<br>Houston,Texas 77010 | 713-650-9700 | 713-650-9701 |
| Gary Elliston | ARMSTRONG WORLD INDUSTRIES, INC. | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Darah L. Eckert | ARMSTRONG WORLD INDUSTRIES, INC. | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| James Powers | ASBESTOS CLAIMS MANAGEMENT CORP. F/K/A NATIONAL GYPSUM | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Phillip S. Brown | BROWN & ROOT, INC. | Wilson, Elser, Moskowitz, Edelman & Dicker 5000 Renaissance Tower 1201 Elm Street Dallas, Texas 75270 | 214-698-8000 | 214-698-1101 |
| Donald Godwin | BROWN & ROOT, INC. | Godwin White & Gruber 901 Main St. Suite 2500 Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| Mary Lou Mauro | COMBUSTION ENGINEERGING, INC. | Galloway, Johnson, Tompkins & Burr 3555 Timmons, Suite 1225 Houston, Texas 77027 | 713-599-0700 | 713-355-7600 |
| Frank G. Harmon | CROWN CORK & SEAL | Crain Caton & James 3300 Two Houston Center 909 Fannin, 33rd Floor Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |
| James H. Powers | FIBREBOARD CORPORATION | Powers & Frost 2600 Two Houston Center Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| James Harris | FLINTOKE COMPANY | Harris, Lively & Duesler 550 Fannin Street, Suite 650 P.O. Box 830 Beaumont, Texas 77704-0830 | 409-832-8382 | 409-833-4240 |
| James M. Riley | FOSTER WHEELER ENERGY CORP. | Coats, Rose, Yale, Ryman & Lee, PC 800 First City Tower 1001 Fannin Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gary Elliston | GAF CORPORATION | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Eduardo Rodriguez Mitchell C. Chaney Teri L. Danish | GARLOCK INC | Rodriguez, Colvin & Chaney, L.L.P 1201 E. Van Buren P.O. Box 2155 Brownsville, Texas  78522 | 956-542-7441 | 956-541-2170 |
| Gary Elliston | GASKET HOLDING INC | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| | | | | |
| Kyle Steele | GASKET HOLDING INC | Forman Perry Watkins Krutz & Tardy, PLLC 400 Woodview Tower 1349 Empire Central Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |
| W. Neil Rambin | GENERAL REFRACTORIES COMPANY | Sedgwick, Detert, Moran & Arnold 1717 Main Street, Suite 5400 Dallas, Texas 75201 | 469-227-8200 | 469-227-8004 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P. 2301 Moores Lane P.O. Box 6297 Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Mel Bailey | GEORGIA-PACIFIC CORPORATION | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson 726 Delmas Avenue P.O. Box 1618 Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Daniel Spain | HARBISON-WALKER REFRACTORIES | Spain & Hastings Two Houston Center 909 Fannin Street Houston,Texas 77010 | 713-650-9700 | 713-650-9701 |
| Lewis Miltenberger | HARBISON-WALKER REFRACTORIES | Cordray, Goodrich & Miltenberger One Century Plaza 108 W. Eighth St., Ste. 500 Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Gary Elliston | INDRESCO INC | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Taylor M. Hicks | KAISER ALUMINUN & CHEMICAL CORP | Hicks, Thomas & Lilienstern 700 Louisiana, Suite 1700 Houston, Texas 77002 | 713-547-9100 | 713-547-9150 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| E. Russell Nunnally | KAISER ALUMINUN & CHEMICAL CORP | Bell, Nunnally & Martin, L.L.P. 1400 One McKinney Plaza 3232 Mckinney Avenue Dallas, Texas 75204 | 214-740-1400 | 214-740-1499 |
| Todd Wade | KELLY MOORE PAINT COMPANY | Brown McCarroll, L.L.P. 111 Congress Avenue Suite 1400 Austin, TX 78701-4043 | 512-472-5456 | 512-479-1155 713-426-1846 |
| John L. Hill | METROPOLITAN LIFE INSURANCE CO. | Locke, Liddell 600 Travis St., Suite 3400 Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| David Taylor | MINNESOTA MINING & MANUFACTURING | Thompson, Coe, Cousins, & Irons L.L.P. 200 Crescent Court, 11th Floor Dallas, Texas 75201-1853 | 214-871-8200 | 214-872-8209 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins 2300 First City Tower 1001 Fannin Houston, Texas 77002-6760 | 713-758-3882 713-758-2222 | 713-615-5493 |
| Jeffrey Mundy | OWENS-CORNING FIBERGLAS CORP. | Brobeck, Phlegar & Harrison, L.L.P 301 Congress Ave., Suite 1200 Austin, Texas 78701 | 512-477-5495 | 512-494-8318 |
| Peter Moir | OWENS-ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C. 2001 Bryan Street, Suite 1800 Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |
| Robert Adams | PPG INDUSTRIES, INC. | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Thomas Dougall | PROKO INDUSTRIES | Bowers, Orr & Dougall, L.L.P. | 803-788-5220 | 803-788-6767 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| | | 8910 Two Notch Rd., Suite 400<br>Columbia, South Carolina 29224 | | |
| Gary Elliston | QUIGLEY COMPANY | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Darah L. Eckert | QUIGLEY COMPANY | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Greg Bevel | RAPID-AMERICAN CORPORATION | Andrews & Kurth, L.L.P.<br>600 Travis, Suite 4200<br>Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Eric Wewers | RILEY STOKER CORP. | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Thomas Sullivan | THE SYNKOLOID COMPANY | Brin & Brin, P.C.<br>1325 Palm Boulevard, Suite A<br>Brownsville, Texas 78520 | 956-544-7110 | 956-544-0607 |
| W. Miller Thomas | J.T. THORPE COMPANY | Fairchild, Price, Thomas, Haley & Willingham<br>413 Shelbyville Street<br>Center, Texas 75935 | 936-598-2981 | 936-598-7712 |
| Hubert A. Crouch | UNIROYAL HOLDING, INC. | Crouch & Inabnett<br>2300 Fountain Place<br>1445 Ross Avenue<br>Dallas, Texas 75202 | 214-922-7100 | 214-922-7101 |
| Robert Bass | UNIROYAL HOLDING, INC. | Forman Perry Watkins Krutz & Tardy, PLLC<br>400 Woodview Tower<br>1349 Empire Central<br>Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |
| Gary Elliston | U.S. GYPSUM COMPANY | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Darah L. Eckert | U.S. GYPSUM COMPANY | Powers & Frost<br>2600 Two Houston Center | 713-767-1555 | 713-767-1799 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| | | Houston, Texas 77010 | | |
| Mel Bailey | U.S. MINERAL PRODUCTS COMPANY | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Richard Caldwell | W.R. GRACE & CO.—CONN. | Mayor, Day, Caldwell &<br>Keeton, L.L.P.<br>700 Louisiana, Suite 1900<br>Houston, Texas 77002 | 713-225-7000 | 713-225-7047 |

*KOWALIK  SERVICE LIST*                                                                                   *PAGE 6*

CVISPDF - www.fasoo.com