*16*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

NOV 0 9 2001

| ARCHIE KOWALIK and | § | |
| MARTHA KOWALIK | § | Civil |
| *versus* | § | ~~CRIMINAL~~ NO. B-01-180 |
| ABLE SUPPLY COMPANY, ET AL | § | |
| | § | |

# ORDER OF TRANSFER

1. This case has been transferred to **Judge Hilda G. Tagle** for this reason:

   [X] Agreement between the judges.

   [ ] Recusal.

   [ ] Transfer for plea with related case CR _____.

   [ ] Other: _____.

2. Deadlines in existing scheduling orders remain in effect; however, all court settings are cancelled.

DONE at Brownsville, Texas, this 7th day of November, 2001.

Filemon B. Vela
United States District Judge