

**COPY**

United States District Court
Southern District of Texas
FILED

NOV 0 9 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARCHIE KOWALIK, ET AL., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. B-01-180 |
| ABLE SUPPLY CO., ET AL., | § § § | |
| Defendants. | § | |

### DEFENDANT GENERAL REFRACTORIES COMPANY'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES SUBJECT TO ITS SPECIAL APPEARANCE AND MOTION TO TRANSFER VENUE

Subject to its Special Appearance and Motion to Transfer Venue, Defendant General Refractories Company (hereinafter "GRC"), advises pursuant to the Court's Order for Conference and Disclosure of Interested Parties that the following entities associated with GRC are financially interested in the outcome of this litigation:

1. General Refractories Company,

2. INA Insurance Company,

3. Fireman's Fund Insurance Company,

4. Everest Insurance Company.

Dated: November 7, 2001.

**DEFENDANT GENERAL REFRACTORIES COMPANY'S
CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES
SUBJECT TO ITS SPECIAL APPEARANCE
AND MOTION TO TRANSFER VENUE - Page 1**
2006979

Respectfully submitted

By: _____/s/ Diana Warnecke_____
    W. NEIL RAMBIN, Attorney in Charge
    State Bar No. 16492800
    So. Dist. of TX Bar No. 5450

DIANA WARNECKE
State Bar No. 00791577
So. Dist. of TX Bar No. 22015

SEDGWICK, DETERT, MORAN & ARNOLD
1717 Main Street, Suite 4300
Dallas, Texas 75202-3794
(469) 227-8200 - Telephone
(469) 227-8004 - Facsimile

    Franklin A. Poff, Jr.
    State Bar No. 16085800

CRISP, BOYD & POFF, L.L.P.
2301 Moores Lane
Post Office Box 6297
Texarkana, Texas 75505-6297
Telephone No. (903) 838-6123
Facsimile No. (903) 832-8489

ATTORNEYS FOR GENERAL
REFRACTORIES COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to counsel for Plaintiffs, Charles S. Siegel, Esq., Waters & Kraus, 3219 McKinney Avenue, Suite 3000, Dallas, Texas 75204, via Certified Mail, Return Receipt Requested, and to all other known counsel of record by regular mail, on this the 7th day of November, 2001.

                                                _____/s/ Diana Warnecke_____
                                                DIANA WARNECKE