26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States Courts
Southern District of Texas
FILED

NOV 0 9 2001 **LF**

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ARCHIVE KOWALIK and<br>MARTHA KOWALIK<br><br>            Plaintiffs<br><br>v.<br><br>ABLE SUPPLY COMPANY, et al<br><br>            Defendants | §§§§§§§§§§§ | Case No.: B-01-180 |

United States District Court
Southern District of Texas
FILED

NOV 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE:<br><br>FEDERAL-MOGUL GLOBAL, INC.<br><br>            Debtor | §§§§§ | Case No.: 01-10578<br>Chapter 11<br>(Pending in the United States<br>Bankruptcy Court for the<br>District of Delaware) |

## DEFENDANT FOSTER WHEELER'S
## DISCLOSURE OF INTERESTED PARTIES

Defendant, Foster Wheeler, files its Disclosure of Interested Parties.

The following entities could possibly be considered to have a financial interest in the outcome of this litigation.

1. Foster Wheeler Energy Corporation
2. Able Supply Company
3. ACandS, Inc.
4. <u>Alcoa, Inc.</u>
5.. A.P. Green Industries, Inc.
6. Armstrong World Industries, Inc.
7. Asbestos Claims Management Corp. f/k/a National Gypsum
8. Brown & Root, Inc.
9. Combustion Engineering, Inc.

10. <u>Crown Cork & Seal</u>

11. Fiberboard Corporation

12. Flintkote Company

13. <u>GAF Corporation</u>

14. <u>Garlock Inc.</u>

15. Gasket Holding, Inc.

16. General Refractories Company

17. <u>Georgia-Pacific Corporation</u>

18. Guardline, Inc.

19. Harbison-Walker Refractories

20. Indresco, Inc.

21. <u>Kaiser Aluminum & Chemical Corp.</u>

22. Kelly Moore Paint Company

23. Metropolitan Life Insurance Co.

24. <u>Minnesota Mining & Manufacturing</u>

25. <u>North American Refractories Co.</u>

26. Owens-Corning Fiberglas Corp.

27. Owens-Illinois, Inc.

28. PPG Industries, Inc.

29. Proko Industries

30. Quigley Company

31. Rapid-American Corporation

32.. <u>Riley Stoker Corp.</u>

33. The Synkloid Company

34. J.T. Thorpe Company

35. Uniroyal Holding, Inc.

2

36. U.S. Mineral Products Company

37. U.S. Mineral Products Company

38. W.R. Grace & Co.- Conn.

Respectfully submitted,

By: _____
James M. Riley, Jr.
TBA No. 16931800

ATTORNEYS FOR DEFENDANT
FOSTER WHEELER ENERGY CORPORATION

OF COUNSEL:

Coats, Rose, Yale, Ryman & Lee, P.C.
800 First City Tower, 1001 Fannin
Houston, Texas 77002-6707
(713) 651-0111 - Telephone
(713) 651-0220 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in this cause by U.S. mail, facsimile or hand delivery on this ____ day of November, 2001.

_____
James M. Riley, Jr.