

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

NOV 2 0 2001

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARCHIE KOWALIK, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-180 |
| | § | |
| ABLE SUPPLY CO.; ET AL. | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Metropolitan Life Insurance Company files its Certificate of Financially Interested Parties in the above matter as follows (the name of each corporation whose securities are publicly traded is underlined):

1.    **Metropolitan Life Insurance Company**

Dated: _November 20_ , 2001.

Respectfully submitted,

LOCKE LIDDELL & SAPP LLP

By: _Frank N. Ban_

JOHN L. HILL, JR.
ATTORNEY IN CHARGE
State Bar No. 00000027
Southern District of Texas Bar No. 10134
JOHN B. HALL
State Bar No. 08759900
Southern District of Texas Bar No. 6687
ROB L. WILEY
State Bar No. 21471650
Southern District of Texas Bar No. 9210
FRANK N. BAN
State Bar No. 01666000
Southern District of Texas Bar No. 4459
3400 Chase Tower
Houston, Texas 77002
Phone No. (713) 226-1200
Fax No. (713) 223-3717

ATTORNEYS FOR DEFENDANT
METROPOLITAN LIFE INSURANCE COMPANY

Of Counsel:

Sheila L. Birnbaum
Peter J. McKenna
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036-6522
(212) 735-300

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy hereof has been delivered via certified mail,

return receipt requested or regular mail, postage prepaid, to all counsel of record on this the

_20th_ day of _November_____, 2001.

_Frank N. Ban_____

FRANK N. BAN

<u>**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S**</u>
<u>**DISCLOSURE OF INTERESTED PARTIES**</u> – **Page 3**
**HOUSTON:013042/00000:689362v1**