31

United States District Court
Southern District of Texas
FILED

FEB 0 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| KOWALIK, ARCHIE, et al. | § | |
|     Plaintiffs | § | CIVIL ACTION NO. B-01-180 |
| v. | § | |
| | § | |
| | § | |
| ABLE SUPPLY COMPANY, et al. | § | |
|     Defendants | § | |

## FOSTER WHEELER ENERGY CORPORATION'S MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, FOSTER WHEELER ENERGY CORPORATION ("Foster Wheeler"), a defendant in the above-entitled and numbered cause of action, and would respectfully show unto the Court as follows:

Defendant Foster Wheeler requests that Lewis C. Miltenberger of the law firm of Cordray, Goodrich & Miltenberger, P.L.L.C., One Century Plaza, Suite 500, 108 W. 8th Street, Ft. Worth, TX 76102, telephone number (817) 820-0343, and Facsimile number (817) 820-0373, be allowed to substitute as its attorney of record in the place of James M. Riley, Jr. of the law firm of Coats, Rose, Yale, Ryman & Lee, P.C. located at 800 First City Tower, 1001 Fannin, Houston, Texas 77002-6707, telephone (713) 651-0111, and facsimile (713) 651-0220, in the above-styled and numbered cause of action.

This substitution is sought with the approval of Foster Wheeler and with agreement of both firms, and is not filed for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, DEFENDANT FOSTER WHEELER ENERGY CORPORATION moves the Court to allow Lewis C. Miltenberger of the law firm of Cordray, Goodrich & Miltenberger, P.L.L.C. to be substituted as its attorney of record in the place of James M. Riley, Jr. of the law firm of Coats, Rose, Yale, Ryman & Lee.

Respectfully submitted,

BY: _/s/ Lewis C. Miltenberger_
Lewis C. Miltenberger
State Bar No.14171220
Cordray, Goodrich & Miltenberger, P.L.L.C.
One Century Plaza, Suite 500, 108 W. 8th Street
Ft. Worth, TX 76102
Telephone: (817) 820-0343

Facsimile: (817) 820-0373
ATTORNEYS FOR DEFENDANT
FOSTER WHEELER ENERGY CORPORATION

BY: *James M. Riley  by Penis Miltenberger
James M. Riley, Jr.
State Bar No. 16931800
Coats, Rose, Yale, Ryman & Lee, P.C.
800 First City Tower
1001 Fannin
Houston, Texas 77002-6707
Telephone (713) 651-0111
Facsimile (713) 651-0220
*Signed with permission

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to plaintiff's counsel of record, Peter Kraus, Waters & Kraus, 3219 McKinney Avenue, Suite 3000, Dallas, TX 75204, via certified mail return receipt requested, and all other known counsel of record have been notified of this filing and a copy of this motion will be provided upon request, on this the 29th day of January, 2002.

Penis Miltenberger
CORDRAY, GOODRICH & MILTENBERGER, P.L.L.C.

**FOSTER WHEELER ENERGY CORPORATION'S MOTION FOR SUBSTITUTION OF COUNSEL**

IN THE UNITED STATES DISTRICT
COURT   Southern District of Texas,
Brownsville Division

| | | |
|---|---|---|
| KOWALIK, ARCHIE, et al. | § | |
| Plaintiffs | § | CIVIL ACTION NO. B-01-180 |
| v. | § | |
| | § | |
| | § | |
| ABLE SUPPLY COMPANY, | § | |
| et al. | | |
| Defendants | § | |

**ORDER GRANTING FOSTER WHEELER ENERGY CORPORATION'S
MOTION FOR SUBSTITUTION OF COUNSEL**

On this day, the Court granted Defendant FOSTER WHEELER ENERGY CORPORATION's Motion for Substitution of Counsel in the above-entitled and numbered cause.

It is hereby ORDERED, ADJUDGED AND DECREED that James M. Riley, Jr. of the law firm of Coats, Rose, Yale, Ryman & Lee, P.C. located at 800 First City Tower, 1001 Fannin, Houston, Texas 77002-6707, telephone (713) 651-0111, and facsimile (713) 651-0220, be allowed to withdraw as attorney of record, and that Lewis C. Miltenberger of the firm of Cordray, Goodrich & Miltenberger, P.L.L.C. located at One Century Plaza, Suite 500, 108 W. 8th Street, Ft. Worth, Texas 76102, telephone (817) 820-0343, and facsimile (817) 820-0373, be substituted as attorney of record for FOSTER WHEELER ENERGY CORPORATION for all purposes in this case.

Signed on this the _____ day of _____ 2002.

_____
JUDGE PRESIDING

**ORDER GRANTING FOSTER WHEELER ENERGY CORPORATION'S MOTION FOR SUBSTITUTION OF COUNSEL**