

United States District Court
Southern District of Texas
ENTERED

FEB 13 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

3:

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Kowalik, et al §
§
versus § CIVIL ACTION NO. B:01-180
§
Ralls Supply Co., et al §
§

### ORDER STRIKING DOCUMENT

The Clerk has filed your _Motion for Substitution of Counsel #31_; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☑ Motion does not comply with L.R.7.

    a. ☑ No statement of opposition or non-opposition (L.R.7.2).

    b. ☑ No statement of conference between counsel (L.R. 7.1.D(1)).

    c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☑ Other: _Federal Admissions # not included for Attys Miffenberger + Riley._

The document is stricken from the record.

Date: 2/12/02

_Hilda Tagle_
UNITED STATES DISTRICT JUDGE