33

United States District Court
Southern District of Texas
FILED

FEB 15 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| Federal-Mogul Global, Inc., | § | (Pending in the United States Bankruptcy |
| Debtor, | § | Court for the District of Delaware |

| | | |
|---|---|---|
| Adan Garza, et al., | § | |
| Archie Kowalik, et al., | § | |
| Debra Kulaw, et al., | § | |
| Plaintiffs, | § | |
| | § | C.A. B-01-179 |
| VS. | § | C.A. B-01-180 ✓ |
| | § | C.A. B-01-181 |
| ABLE SUPPLY CO., et al., | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT DRESSER INDUSTRIES, INC., BROWN & ROOT, INC. AND HALLIBURTON COMPANY'S CORPORATE DISCLOSURE STATEMENT

Now comes Defendant Dresser Industries, Inc., Brown & Root, Inc. and Halliburton Company and files this their Corporate Disclosure Statement in accordance with Local Rules and would state as follows:

Defendant Dresser Industries, Inc., and Brown & Root, Inc. are wholly owned subsidiaries of Halliburton Company.



**DEFENDANTS DRESSER INDUSTRIES, INC., BROWN & ROOT, INC AND HALLIBURTON COMPANY'S CORPORATE DISCLOSURE STATEMENT - 1**
S:\ASBESTOS\23000\1754\Corporate Disclosure Statement.wpd

095

Respectfully submitted,

**GODWIN GRUBER, P.C.**

By: _____
David J. White
State Bar # 21294500
Federal Bar # 9557
**Michael John Ramirez**
Texas State Bar # 00788238
Federal Bar # 29718
**James A. Lowery III**
Texas State Bar # 00797911
Federal Bar # 29719

Godwin Gruber, P.C.
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270–2084
214.939.4400
214.760.7332 *Fax*

**REMOVAL COUNSEL FOR
DRESSER INDUSTRIES, INC.,
BROWN & ROOT, INC.
AND HALLIBURTON COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by facsimile transmission on all counsel of record and upon counsel for Plaintiffs via Federal Express on this, the 14th day of February, 2002.

_____

**DEFENDANTS DRESSER INDUSTRIES, INC., BROWN & ROOT, INC AND
HALLIBURTON COMPANY'S CORPORATE DISCLOSURE STATEMENT - 2**
S:\ASBESTOS\23000\1754\Corporate Disclosure Statement.wpd

C96