IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Archie Kowalik and Martha Kowalik | : | C.A.- B-01-180 |
| Plaintiff | : | |
| V. | : | |
| Able Supply Company, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| IN RE: | : | Case No. 01-10578 |
| FEDERAL MOGUL GLOBAL, INC. | : | Chapter 11 |
| Debtor | : | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

COMES NOW, Crown, Cork & Seal Company, Inc. and files this certificate of all persons, associates of persons, firm, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of the litigation pursuant to this Court's Order for Conference and Disclosure of Interested Parties. Defendants state that to their knowledge, the following have a financial interest in the outcome of the litigation:

<u>Crown, Cork & Seal Company, Inc.</u>
One Crown Way
Philadelphia, Pennsylvania 19154-4599
(215) 698-5100

Archie and Martha Kowalik

This Certificate will be updated should any additional information become available in the future.

232-130352
000000-014830

Respectfully submitted,

CRAIN, CATON & JAMES,
A PROFESSIONAL CORPORATION

By: _____*Frank Harmon*_____
      Francis G. Harmon, III
      State Bar No. 09020500
      Chris A. Lorenzen
      State Bar No. 12580200
      C. Vance Christopher
      State Bar No. 04237800
      Christopher A. Prine
      State Bar No. 16329450
      3300 Two Houston Center
      Houston, Texas 77010
      (713) 658-2323
      (713) 658-1921 (fax)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on all known counsel of record, via certified mail, return receipt requested, hand delivery, and/or facsimile on this the 15th day of February, 2002.

_Frank Harmon_
_____
Frank G. Harmon, III

232-130352
000000-014830