41

United States District Court
Southern District of Texas
FILED

MAR 0 5 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |
| Archie Kowalik, et al., | § | |
| PLAINTIFFS, | § | C.A. B-01-180 |
| | § | |
| VS. | § | |
| | § | |
| Able Supply Co, et al. | § | |
| DEFENDANTS, | § | |

## STATEMENT OF ISSUES ON APPEAL

Garlock Inc, a defendant and Appellant in the above named case, files the following Statement of Issues on Appeal

1. WHETHER THE DISTRICT COURT ERRED AND USURPED THE EXCLUSIVE AUTHORITY OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE UNDER 28 U.S.C § 157(b)(5) TO DETERMINE IN WHICH FEDERAL DISTRICT COURT THE PERSONAL INJURY TORT AND WRONGFUL DEATH CLAIMS RELATED TO THE ADMINISTRATIVELY CONSOLIDATED BANKRUPTCY CASE CAPTIONED IN RE FEDERAL-MOGUL INC. et al, CASE NO. 01-10578, NOW PENDING IN THE DISTRICT OF DELAWARE (THE "BANKRUPTCY CASE"), WHICH WERE REMOVED TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1452(a), SHALL BE TRIED BY TRANSFERRING ONLY CERTAIN OF SUCH CLAIMS TO DELAWARE AND REMANDING THE REMAINING CLAIMS TO THE STATE COURT?

2. WHETHER THE DISTRICT COURT ERRED BY ORDERING THAT THE CROSS-CLAIMS AND CAUSES OF ACTION IN THE CIVIL ACTION OF APPELLANT AND THE OTHER DEFENDANTS AGAINST THE DEBTORS IN THE BANKRUPTCY CASE BE SEVERED FROM THE CIVIL ACTION, THEREBY VIOLATING THE AUTOMATIC STAY EXISTING PURSUANT TO 11 U.S.C. § 362(A) AS A RESULT OF THE BANKRUPTCY CASE?

Page 1

3. WHETHER THE DISTRICT COURT ERRED BY ORDERING THAT THE CLAIMS AND CAUSES OF ACTION IN THE CIVIL ACTION INVOLVING THE DEBTOR BE SEVERED FROM THE CIVIL ACTION THEREBY AFFECTING THE CROSS-CLAIMS BETWEEN THE REMAINING DEFENDANTS AND THE DEBTOR AND AFFECTING THE DEBTOR'S ABILITY TO PARTICIPATE AND DEFEND AGAINST LIABILITY IN THE CIVIL ACTION IN VIOLATION OF THE AUTOMATIC STAY EXISTING PURSUANT TO 11 U.S.C. § 362(A) AS A RESULT OF THE BANKRUPTCY CASE?

4. WHETHER THE DISTRICT COURT ERRED IN ORDERING THE SEVERANCE OF APPELLANT'S CONTRIBUTION CLAIM INSOFAR AS SUCH SEVERANCE WILL EFFECTIVELY RESULT IN A FORFEITURE OF SUCH CLAIMS PURSUANT TO CHAPTER 33 OF THE TEXAS CIVIL PRACTICE AND REMEDIES CODE INCLUDING §§ 33.003, 33.04 AND 33.016) RESULTING IN A DENIAL OF DUE PROCESS TO APPELLANT?

5. WHETHER THE DISTRICT COURT ERRED BY RENDERING ITS DECISION DENYING THE TRANSFER MOTION AND GRANTING THE REMAND MOTION WITHOUT PROVIDING A HEARING ON NOTICE TO ALL PARTIES THEREBY DENYING THE AFFECTED PARTIES DUE PROCESS OF LAW.

Respectfully submitted,

_____
Mitchell C. Chaney
SB# 04107500
Fed ID #1918
Teri L. Danish
SB# 05375320
Fed. ID # 12862
**Rodriguez, Colvin & Chaney, LLP**
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEY IN CHARGE FOR GARLOCK INC

Page 2

*Shelby A. Jordan* (signature)
Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
***Jordan, Hyden, Womble & Culbreth, P.C.***
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616

Of counsel:
*Pepper Hamilton LP*
Michael H. Reed
Anne Marie Schwab
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4016
Telecopier: (215) 981-4750
ATTORNEYS FOR GARLOCK INC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing document was served by Federal Express on March 5th, 2002 on Charles Siegel, counsel for Plaintiffs and by First Class Mail on March 6th, 2002 on all counsel of record as listed on the attached service list.

Teri L. Danish