UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
RECEIVED
MAR 21 2002
Michael N. Milby, Clerk

March 5, 2002

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: VALENTIN RAMIREZ, ET AL.

VS   ABLE SUPPLY CO., ET AL.

02-40394

CA B-01-178, 179, 180, 181

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of _____ Volume(s) of the record; _____ Volume(s) of the transcript;

[ ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[X] The Court of Appeals docket fee __X__ HAS/ _____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X] U.S. District Judge entering final order is_____ Hilda G. Tagle _____

[ ] Court reporter assigned to this case is_____

[ ] If criminal case, number and names of defendants:_____

[X] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: Maricela Perez
Maricela Perez, Deputy Clerk



U.S. COURT OF APPEALS
RECEIVED
MAR 11 2002
NEW ORLEANS, LA

cc: Frank Costilla
    Peter A. Kraus
    Lisa Ann Powell
    Kenneth D. Rhodes
    Thomas W. Taylor
    Lewis C. Miltenberger
    Gary D. Elliston
    Susan A. Carstens
    Donald E. Godwin
    Mary L. Mauro
    James M. Harris, Jr.
    James M. Riley, Jr.
    Shelby A. Jordan
    Eduardo R. Rodriguez
    W. Neil Rambin
    Mel D. Bailey
    Robert W. Wilkinson
    David J. Fisher
    Taylor M. Hicks, Jr.
    Kenneth S. Wall
    John L. Hill, Jr.
    Anthony E. Pletcher
    D. Ferguson McNeil
    John J. Mundy
    Peter A. Moir
    James H. Powers
    Thomas F. Dougall
    Alexis J. Gomez
    David Walsh
    Hubert A. Crouch, III
    Patricia Kelly
    Frank G. Harmon
    Clay M. White
    Sharla J. Frost
    Gene M. Williams
    David M. Taylor
    Robert L. Adams
    William C. Arnold
    File