UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
MAR 2 2 2002
CHARLES R. FULBRUGE III
CLERK

No. 02-40397

ARCHIE KOWALIK; MARTHA KOWALIK,

B-01-180

Plaintiffs - Appellees,

VERSUS

ABLE SUPPLY CO., ET AL.,

United States District Court
Southern District of Texas
FILED
MAR 2 9 2002
Michael N. Milby,
Clerk of Court

Defendants,

GARLOCK, INC.,

Defendant - Appellant.

Appeal from the United States District Court
For the Southern District of Texas, Brownsville

Before DeMOSS, PARKER and DENNIS, Circuit Judges

BY THE COURT:

IT IS ORDERED that the District Court's order of remand entered by Order signed February 22, 2002, is hereby stayed pending this Court's consideration of the motion for rehearing in *Arnold v. Garlock*, 278 F.3d 426 (5th Cir. 2002).

A True copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana  MAR 2 2 2002