48

```
           -----------------
                No. 02-40397
           -----------------
```

ARCHIE KOWALIK; MARTHA KOWALIK

        Plaintiffs - Appellees

v.

ABLE SUPPLY COMPANY; ET AL

        Defendants

GARLOCK INC

        Defendant - Appellant

United States District Court
Southern District of Texas
FILED

MAY 0 8 2002

Michael N. Milby
Clerk of Court

### ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 6th day of May, 2002, see FED. R. APP. P. 42(b).

                        CHARLES R. FULBRUGE III
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        By /s/ Peter Conners
                        Peter Conners, Deputy Clerk

                        FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By /s/
      Deputy
MAY 6 2002
New Orleans, Louisiana

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 02-40397

---

ARCHIE KOWALIK; MARTHA KOWALIK, PLAINTIFFS - APPELLEES
v.
ABLE SUPPLY CO, ET AL., DEFENDANTS

GARLOCK INC
DEFENDANT - APPELLANT

*U.S. COURT OF APPEALS
FILED
MAY -3 2002
CHARLES R. FULBRUGE III
CLERK*

---

Appeals from the
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

**GARLOCK S UNOPPOSED MOTION TO DISMISS APPEAL**
**[FILED SIMULTANEOUS WITH UNOPPOSED MOTIONS**
**TO DISMISS ALL PENDING RELATED APPEALS]**

---

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616
Attorneys for Defendant - Appellant
GARLOCK INC

# UNOPPOSED MOTION OF APPELLANT, GARLOCK INC
# TO VOLUNTARILY DISMISS APPEAL

Garlock Inc ( Appellant ), by and through its undersigned counsel, hereby moves the Court for the entry of an order pursuant to Federal Rule of Appellate Procedure 42(b) and Rule 42.1 of the United States Court of Appeals for the Fifth Circuit, dismissing the above-captioned appeal (the Appeal ), and in support thereof states as follows:

1. Appellant filed in this case an Appeal from an order entered by the United States district court for the Southern District of Texas in this civil action that Appellant had removed from the state court of Texas pursuant to 28 U.S.C. /1452(a).

2. Similar notices of appeal were filed in related removed cases all involving Appellant and involving almost identical issues (collectively Related Appeals ).

3. Simultaneously with filing these notice of appeal in this case and certain of the Related Appeals, Appellant sought and was granted by this Court a temporary stay of the certification of the district court s order (collectively Stay Request ) generally as follows:

    a. Prior to December 28, 2001, stays were issued in all then-pending Appeals (the First Temporary Stay Orders ). The First Temporary

Stay Orders were terminated by opinion, order and mandate of this Court on December 28, 2001. See, <u>Arnold v. Garlock, Inc.</u> and reported at 278 F.3d 426 (5th Cir.2001).

  b. A petition for rehearing (on the right to a stay pending appeal) was filed by Appellant on January 9, 2002 in respect to the cases controlled by <u>Arnold v. Garlock</u>.

  c. After January 9, 2002, pending a ruling on Appellant s petition for rehearing en banc of the <u>Arnold v. Garlock, Inc.</u> opinion, further appeals were filed and this Court issued additional temporary stays (the Second Temporary Stay Orders ) regarding those new appeals.

  d. On April 9, 2002, the petition for rehearing en banc was denied and, treating the petition as a request for a panel rehearing, the petition for panel rehearing was also denied. The Court s per curiam opinion denying the petition for rehearing is reported at __ F.3d __, 2002 WL 530579 (5th Cir.2002). That opinion resulted in, at least, termination of all Second Stay Orders, and to the extent that the en banc motion for rehearing acted as a stay of the prior termination of the First Stay Orders, also terminated any stay relating to The First Stay Orders.

 4. Subsequent to the original opinion <u>Arnold v. Garlock</u> this Court set briefing deadlines in some, but not all of the pending Appeals. After the

termination of the First and Second Stay Orders this Court has set further briefing deadlines in the Related Appeals.

5. However, in respect to some or all of the pre-December 28, 2001 appeals (regarding only the stay) the Court may have treated the <u>Arnold v. Garlock</u> opinion on stay relief as an final opinion dismissing the underlying appeal to which the stay related. Appellant filed a Motion seeking clarification of the status of the stay of the First Stay Orders prior to the ruling on the en banc Motion For Reconsider, however, upon denial of the Motion for Rehearing the Motion to Clarify was denied as moot.

6. Appellant has determined not to proceed further with this Appeal and the Related Appeals.

7. Appellant desires to make certain in this appeal and all Related Appeals, that this Court s docket of the Appeal consistently reflects that the appeals are dismissed, no longer pending, and that all scheduling, briefing, or related proceedings are also dismissed.

8. Accordingly, Appellant seeks an order dismissing this appeal, or such other appropriate order providing that no further proceedings shall be taken or required in this Appeal.

WHEREFORE, Appellant respectfully requests that the Court enter an order dismissing the Appeal pursuant to Federal Rule of Appellate Procedure 42(b) and Rule 42.1 and granting such other and further relief as may be just and proper.

Dated: May 2, 2002.

Respectfully Submitted,

Shelby A. Jordan
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline, Ste. 900N.
Corpus Christi, Texas 78471
Telephone: 361-884-5678
Facsimile: 361-884-5616

Mitchell C. Chaney
SB# 04107500
Fed ID #1918
Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Rodriguez, Colvin & Chaney, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEY IN CHARGE FOR GARLOCK INC

ATTORNEYS FOR GARLOCK INC
APPELLANT

OF COUNSEL
Michael H. Reed, Esq.
Anne Marie Schwab, Esq.
Pepper Hamilton LP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

## CERTIFICATE OF CONFERENCE

I, Shelby A. Jordan, hereby certify that a conference May 2, 2002 was held with the Plaintiffs' counsel and this Motion is not opposed.



Shelby A. Jordan

## CERTIFICATE OF SERVICE

I, Shelby A. Jordan, hereby certify that a true and correct copy of foregoing document was served by first class mail on May 3, 2002 on:

The Plaintiffs/Appellees
by and through their counsel of record:
Peter Kraus
Charles S. Siegel
***Waters & Kraus, LLP***
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
Facsimile: (214) 357-7252

And on all additional parties through their counsel of record whose names and addresses are listed on the attached service list, on May 3, 2002.

Shelby A. Jordan

Cause No. 2000-05-2030-D; *Archie Kowalik, and Martha Kowalik Vs. Able Supply Co., Et Al.* In the 357th District Court of Cameron County, Texas.

| | |
|---|---|
| Status of Service of Process: | Accomplished Upon All Served |
| Original Plaintiff's in Removed Case: | Archie Kowalik, and Martha Kowalik |
| Counsel for Plaintiff: | Peter A. Kraus<br>Waters & Kraus<br>3219 McKinney Avenue, Suite 3000<br>Dallas, Texas 75204<br>Phone: (214) 357-6244<br>Fax: (214-357-7252 |
| Counsel for Defendant, Garlock Inc: | Mitchell C. Chaney<br>Rodriguez, Colvin & Chaney, L. L. P.<br>1201 East Van Buren Street<br>Brownsville, Texas 78522<br>Phone: (956) 542-7441<br>Fax: (956) 541-2170 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P.<br>1100 Louisiana, Suite 4200<br>Houston, Texas 77002 | 713-752-4200 | 713-621-9065 |
| Ken Rhodes | AC&S, INC. | Dunn Kacal Adams Pappas Law<br>2929 Allen Parkway, Suite 2600<br>Houston, TX 77019-2151 | 713-529-3992 | 713-980-9153 |
| Kenneth Morris | ALCOA INC. | Forman Perry Watkins Krutz & Tardy, PLLC<br>400 Woodview Tower<br>1349 Empire Central<br>Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |
| Lewis Miltenberger | A.P. GREEN INDUSTRIES INC | Cordray, Goodrich & Miltenberger<br>One Century Plaza<br>108 W. Eighth St., Ste. 500<br>Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Gary Elliston | ARMSTRONG WORLD INDUSTRIES, INC. | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Gary Ellsiton | ASBESTOS CLAIMS MANAGEMENT CORP. F/K/A NATIONAL GYPSUM | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |

| Phillip S. Brown | BROWN & ROOT, INC. | Wilson, Elser, Moskowitz, Edelman & Dicker<br>5000 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270 | 214-698-8000 | 214-698-1101 |
|---|---|---|---|---|
| Mary Lou Mauro | COMBUSTION ENGINEERGING, INC. | Galloway, Johnson, Tompkins & Burr<br>3555 Timmons, Suite 1225<br>Houston, Texas 77027 | 713-599-0700 | 713-599-0777 |
| Frank G. Harmon | CROWN CORK & SEAL | Crain Caton & James<br>3300 Two Houston Center<br>909 Fannin, 33rd Floor<br>Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |
| James H. Powers | FIBREBOARD CORPORATION | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| James Harris | FLINTOKE COMPANY | Harris, Lively & Duesler<br>550 Fannin Street, Suite 650<br>P.O. Box 830<br>Beaumont, Texas 77704-0830 | 409-832-8382 | 409-833-4240 |
| James M. Riley | FOSTER WHEELER ENERGY CORP. | Coats, Rose, Yale, Ryman & Lee, PC<br>800 First City Tower<br>1001 Fannin<br>Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gary Elliston | GAF CORPORATION | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Eduardo Rodriguez<br>Mitchell C. Chaney<br>Teri L. Danish | GARLOCK INC | Rodriguez, Colvin & Chaney, L.L.P<br>1201 E. Van Buren<br>P.O. Box 2155<br>Brownsville, Texas 78522 | 956-542-7441 | 956-541-2170 |
| Gary Elliston | GASKET HOLDING INC | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| W. Neil Rambin | GENERAL REFRACTORIES COMPANY | Sedgwick, Detert, Moran & Arnold<br>1717 Main Street, Suite 5400<br>Dallas, Texas 75201 | 469-227-8200 | 469-227-8004 |
| Mel Bailey | GEORGIA-PACIFIC CORPORATION | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson<br>726 Delmas Avenue<br>P.O. Box 1618<br>Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Lewis Miltenberger | HARBISON-WALKER REFRACTORIES | Cordray, Goodrich & Miltenberger<br>One Century Plaza<br>108 W. Eighth St., Ste. 500<br>Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Lewis Miltenberger | INDRESCO INC | Cordray, Goodrich & Miltenberger<br>One Century Plaza<br>108 W. Eighth St., Ste. 500 | 817-820-0343 | 817-820-0373 |

| | | Fort Worth, TX 76102 | | |
|---|---|---|---|---|
| Taylor M. Hicks | KAISER ALUMINUN & CHEMICAL CORP | Hicks, Thomas & Lilienstern 700 Louisiana, Suite 1700 Houston, Texas 77002 | 713-547-9100 | 713-547-9150 |
| Kenneth S. Wall | KELLY MOORE PAINT COMPANY | Brown McCarroll & Oaks Hartline 2727 Allen Parkway, Ste. 1300 Houston, TX 77019 | 713-529-3110 | 713-726-1846 |
| John L. Hill | METROPOLITAN LIFE INSURANCE CO. | Locke, Liddell 600 Travis St., Suite 3400 Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| Anthony Pletcher | MINNESOTA MINING & MANUFACTURING | Cordray, Goodrich & Miltenberger One Century Plaza 108 W. Eighth St., Ste. 500 Fort Worth, TX 76102 | 817-820-0343 | 361-883-0210 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins 2300 First City Tower 1001 Fannin Houston, Texas 77002-6760 | 713-758-3882 713-758-2222 | 713-758-2346 |
| Jeffrey Mundy | OWENS-CORNING FIBERGLAS CORP. | Brobeck, Phlegar & Harrison, L.L.P 301 Congress Ave., Suite 1200 Austin, Texas 78701 | 512-477-5495 | 512-494-8318 |
| Peter Moir | OWENS-ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C. 2001 Bryan Street, Suite 1800 Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |
| Robert Adams | PPG INDUSTRIES, INC. | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-980-9153 |
| Thomas Dougall | PROKO INDUSTRIES | Bowers, Orr & Dougall, L.L.P. 8910 Two Notch Rd., Suite 400 Columbia, South Carolina 29224 | 803-788-5220 | 803-788-6767 |
| Gary Elliston | QUIGLEY COMPANY | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Alex J. Gomez | RAPID-AMERICAN CORPORATION | Andrews & Kurth, L.L.P. 600 Travis, Suite 4200 Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Gary Elliston | RILEY STOKER CORP. | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| David Walsh | THE SYNKOLOID COMPANY | Brin & Brin, P.C. 1202 Third Street Corpus Christi, TX 78404 | 361-881-9643 | 361-883-9970 |

| | | | | |
|---|---|---|---|---|
| W. Miller Thomas | J.T. THORPE COMPANY | Fairchild, Price, Thomas, Haley & Willingham<br>413 Shelbyville Street<br>Center, Texas 75935 | 936-598-2981 | 936-598-7712 |
| Hubert A. Crouch | UNIROYAL HOLDING, INC. | Crouch & Inabnett<br>2300 Fountain Place<br>1445 Ross Avenue<br>Dallas, Texas 75202 | 214-922-7100 | 214-922-7101 |
| Gary Elliston | U.S. GYPSUM COMPANY | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Mel Bailey | U.S. MINERAL PRODUCTS COMPANY | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Patricia Kelly | W.R. GRACE & CO.—CONN. | Adams & Graham, L.L.P.<br>222 East Van Buren, West Tower<br>P. O Drawer 1429<br>Harlingen, Texas 78551-1429 | 713-529-3110 | 956-428-2954 |

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

May 6, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

MAY 0 8 2002

Michael N. Milby, Clerk of Court

   No. 02-40397 Kowalik v. Able Supply Co
       USDC No. B-01-CV-180

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 4 ) Volumes     (   ) Envelopes     (   ) Boxes


                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                              By: _____
                                  Peter Conners, Deputy Clerk
                                  504-310-7685

/pac
cc: w/encl:
    Mr Shelby A Jordan
    Mr Peter A Kraus
    Mr Frank Costilla


MDT-1